IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JACKSON CONSTRUCTION CO. *dba Wildewood Apartments*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THIRD COAST INSURANCE COMPANY; UNITED SPECIALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) Civil Action No. 6:23-CV-019-C |

### ORDER

The Court notes that the Parties filed a Joint Motion to Dismiss With Prejudice on August 2, 2024. As such, ALL claims asserted in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** and with each Party to bear their own costs.

SO ORDERED.

Dated this 5th day of August, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE